IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
FILE NUMBER (CASE NO.) 4:22-cv-00690-BCW

Diego Ivan Garcia )
Plaintiff/Petitioner )
)
)
American Airlines (Evan Schmitt) )
Defendant/Respondent )
)
)

2023 JAN 18 PM 3:00

## NOTICE OF APPEAL
## TO THE US COURT OF APPEALS FOR THE _____ CIRCUIT

Notice is hereby given that I __Diego Ivan Garcia__ the
Name of party taking the appeal

__Diego I Garcia__ hereby appeal to the United States Court of Appeals for
plaintiff, petitioner, defendant or respondent

the _____ Circuit from the final judgment _____ or an order ✓
name of the circuit                    check this one    or this one

entered in this action on the __18__ day of __January__, __2023__.

Signed __Diego I Garcia__
Attorney for _____
Address: __904 SW Cross Creek Dr__
__Grain Valley mo 64029__

Phone: __(562-241-7044)__
Fax: _____
E-Mail: _____